**Fill in this information to identify the case:**

Debtor 1: Kiara Nishea Owens

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Mississippi (State)

Case number: 24-02773

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service Centralized Servicing Center

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 7 5 1 1

**Date of payment change:** Must be at least 21 days after date of this notice: 05/01/2025

**New total payment:** Principal, interest, and escrow, if any: $ 1,124.15

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 310.89    New escrow payment: $ 365.56

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ 1,069.48    New mortgage payment: $ 1,124.15

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Troy Moore                                         Date  04/22/2025
Signature

Print:    Troy Moore                                     Title  Bankruptcy Specialist
          First Name    Middle Name    Last Name

Company   USDA - Rural Housing Service
          Centralized Servicing Center

Address   PO Box 66879
          Number          Street

          St. Louis, MO 63166
          City                        State      ZIP Code

Contact phone  (800) 349-5097 ext                Email  sm.rd.so.bkr@usda.gov

# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi
### PAYMENT CHANGE SUMMARY

**Completed By:** Troy Moore  
04/22/2025 (Date)

**Debtor(s) & Address:** Kiara Nishea Owens  
233 Old Highway 80 W  
Morton, MS 39117

**Case No.** 24-02773  
**Claim No.** 7  
**USDA Acct No.** 7 5 1 1

**Attorney & Address:** Thomas Carl Rollins, Jr  
The Rollins Law Firm, PLLC  
PO BOX 13767  
Jackson, MS 39236

**Trustee & Address:** Torri Parker Martin, Chapter 13 Bankruptcy Trustee  
200 North Congress Street, Ste. 400  
Jackson, MS 39201

**Effective** 05/01/2025 **, the monthly ongoing payment is changing due to:**

No ☐  Yes ✓  **ESCROW:**  
No ✓  Yes ☐  **OTHER:**

## PAYMENT CALCULATION

| | Current Payment | | New Payment |
|---|---|---|---|
| Principal & Interest | 758.59 | Principal & Interest | 758.59 |
| Less Subsidy | 0.00 | Less Subsidy | 0.00 |
| Total P&I Payment | 758.59 | Total P&I Payment | 758.59 |
| | | | |
| Escrow | 310.89 | Escrow | 365.56 |
| Escrow shortage | 0.00 | Escrow shortage | 0.00 |
| Total Escrow | 310.89 | Total Escrow | 365.56 |
| | | | |
| Fees | 0.00 | Fees | 0.00 |
| | | | |
| Total Payment | 1,069.48 | Total Payment | 1,124.15 |

Southern District of Mississippi

Case No.  24-02773
Claim No.  7

# CERTIFICATE OF SERVICE

I, Troy Moore, do hereby certify that on 04/22/2025, I served copies of the Notice of Mortgage Payment Change, to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

**By U.S. Mail, postage prepaid:**

Debtor(s)

Kiara Nishea Owens
233 Old Highway 80 W
Morton, MS 39117

**Via CM/ECF:**

Debtor's Attorney of Record:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Chapter 13 Trustee:

Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201

Date: 04/22/2025

/s/ Troy Moore

Troy Moore
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext. 5403

```
E
USDA RURAL DEVELOPMENT            -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS                MO 63102

800-414-1226




KIARA OWENS                                   YOUR LOAN NUMBER:
233 OLD HWY 80 W
MORTON            MS 39117

                                              DATE: 02/12/25


        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 05/01/25 THROUGH 04/30/26.
------- ANTICIPATED PAYMENTS FROM ESCROW - 05/01/25 THROUGH 04/30/26 -------
              INSURANCE                    1515.00
              COUNTY TAX                   2871.75

         TOTAL PAYMENTS FROM ESCROW        4386.75

         MONTHLY PAYMENT TO ESCROW          365.56 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY - 05/01/25 THROUGH 04/30/26--------
         -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH    TO ESCROW   FROM ESCROW  DESCRIPTION   ANTICIPATED       REQUIRED
                     ACTUAL STARTING BALANCE       1096.71         1096.71
MAY 25    365.56                                   1462.27         1462.27
JUN 25    365.56                                   1827.83         1827.83
JUL 25    365.56                                   2193.39         2193.39
AUG 25    365.56                                   2558.95         2558.95
SEP 25    365.56                                   2924.51         2924.51
OCT 25    365.56                                   3290.07         3290.07
NOV 25    365.56                                   3655.63         3655.63
DEC 25    365.56                                   4021.19         4021.19
JAN 26    365.56      2871.75    COUNTY TAX        1515.00         1515.00
FEB 26    365.56                                   1880.56         1880.56
MAR 26    365.56      1515.00    INSURANCE   ALP    731.12   RLP    731.12
APR 26    365.56                                   1096.68         1096.68

----------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS      0.00.
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
```

```
WILL BE COLLECTED FOR A PERIOD OF 00 MONTHS FROM MAY 01, 2025.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00.
DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE
SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO
FUTURE PAYMENTS.


------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
           PRINCIPAL & INTEREST                            758.59
           ESCROW (1/12TH OF ANNUAL ANTICIPATED            365.56
              DISBURSEMENTS AS COMPUTED ABOVE)
           PLUS: OPTIONAL INSURANCE PREMIUMS                 0.00
           PLUS: REPLACEMENT RESERVE OR FHA SVC CHG          0.00
           PLUS: SHORTAGE PAYMENT                            0.00
           MINUS: SURPLUS CREDIT                             0.00
           ROUNDING ADJUSTMENT                               0.00
           MINUS: BUYDOWN/ASSISTANCE PAYMENTS                0.00


BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 05/01/25    1124.15
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      731.12.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS        731.12.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
01/25        310.89       02/25        310.89       03/25        621.78   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
03/25    1515.00 INSURANCE              01/25    2871.75 COUNTY TAX
00/00       0.00                        00/00       0.00
```

```
E
USDA RURAL DEVELOPMENT            -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS          MO 63102

800-414-1226




KIARA OWENS                              YOUR LOAN NUMBER:
233 OLD HWY 80 W
MORTON          MS 39117

                                         DATE: 02/12/25


* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING MAY 01, 2024 AND ENDING APR 30,
2025. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE,
OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

             --- YOUR PAYMENT BREAKDOWN AS OF MAY 01, 2024 IS ---

                 PRINCIPAL & INTEREST           758.59
                 ESCROW DEPOSIT                 310.89
                 OPTIONAL INSURANCE               0.00
                 REPLACE RESV/FHA SVC CHG         0.00
                 SHORTAGE                         0.00
                 DEFICIENCY                       0.00
                 SURPLUS                          0.00
                 ROUNDING                         0.00
                 LESS BUYDOWN/ASST PAYMENT        0.00
                 BORROWER PAYMENT              1069.48

         PAYMENTS TO ESCROW   --- PAYMENTS FROM ESCROW ----   -- ESCROW BALANCE --
MONTH    PRIOR PRJ   ACTUAL   PRIOR PRJ   ACTUAL DESCRIPTION  PRIOR PRJ    ACTUAL
FEB 24                                                                    3018.86
MAR 24                                    1160.00 INSURA                  1858.86
APR 24               310.89
                     310.89
                     310.89
                     310.89
                     310.89
                     310.89
                                                                          3724.20
                              STARTING BALANCE                 0.00       3724.20
MAY 24                                                           T        3724.20 A
JUN 24               310.89
JUN 24               310.89
JUN 24               310.89                                               4656.87
JUL 24               310.89                                               4967.76
```

```
AUG 24        310.89                                        5278.65
SEP 24        310.89                                        5589.54
OCT 24        310.89                                        5900.43
NOV 24        310.89                                        6211.32
DEC 24        310.89              18.02   CITY T            6504.19
JAN 25                                                      6504.19
FEB 25         18.02
              -2282.31
MAR 25                                                      4239.90
APR 25                                                      4239.90
TOTALS       2399.06             1178.02                    4239.90
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS        0.00. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS      3724.20.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00         0.00         00/00        0.00      00/00        0.00
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00     0.00                              00/00     0.00
00/00     0.00                              00/00     0.00
00/00     0.00                              00/00     0.00