

# INVOICE

Invoice # 8121
Date: 07/22/2025
Due On: 08/21/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Kiara Nishea Owens

### 05546-Owens Kiara Nishea

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 01/13/2025 | Reviewed itemizations in case and created a summary. | 0.70 | $155.00 | $108.50 |
| Service | JC | 01/13/2025 | Drafted 1st Invoice for services rendered. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/13/2025 | Reviewed current invoice and completed Lodestar Analysis. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/13/2025 | Drafted 1st Application for Compensation utilizing Lodestar Analysis and billing summary; drafted Notice, Affidavit, and proposed Order. | 0.20 | $155.00 | $31.00 |
| Service | JC | 01/13/2025 | Drafted memo to TR attaching Application for Compensation, Exhibits A proposed Order, and Lodestar Analysis for his review. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/13/2025 | Drafted e-mail memo to VM attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $155.00 | $15.50 |
| Service | TR | 01/13/2025 | Review and approve fee app drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/13/2025 | Review: Proof of Claim 24-02773-JAW NAVY FEDERAL CREDIT UNION Document # 5 | 0.10 | $360.00 | $36.00 |
| Service | JC | 01/14/2025 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for | 0.20 | $155.00 | $31.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | Compensation, Exhibit A, Exhibit C, and Proposed Order for filing with the Court. |  |  |  |
| Service | JAC | 01/14/2025 | Ch 13 Meeting of Creditors Torri Parker Martin | 0.70 | $360.00 | $252.00 |
| Service | JAC | 01/24/2025 | Review: Proof of Claim 24-02773-JAW Midland Credit Management, Inc. Document # 6 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/11/2025 | Review: 24-02773-JAW Order on Application for Compensation Document# 17 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/20/2025 | Review: 24-02773-JAW Order Confirming Chapter 13 Plan Document# 20 | 0.10 | $360.00 | $36.00 |
| Service | BB | 03/03/2025 | Contact Debtor (Text/Email): Drafted text to debtor providing second credit course information and requesting she complete the course as soon as possible and to confirm when she receives the text. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/04/2025 | Call Debtor: Phone conference with debtor requesting she confirm that she received my text with the second credit course information. Debtor stated she did not receive it. Resent debtor the text. Debtor confirmed she received it. Requested debtor complete the course as soon as possible as it is important and required by the courts. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/12/2025 | Incoming Call: Phone conference with debtor stating she completed her second credit course but was unable to enter the attorney code. Requested the debtor forward us her completion certificate. Reviewed email from debtor providing the certificate. Reviewed and organized. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/13/2025 | Review email from debtor: Reviewed email from debtor providing screenshots of texts from someone stating the debtor owes them. Drafted email reply to debtor inquiring if she knows of the debt and who the creditor is. Debtor stated she does not. Informed the debtor it could be spam and to inform us if she discovers otherwise. | 0.10 | $100.00 | $10.00 |

Invoice # 8121 - 07/22/2025

| Service | JAC | 04/23/2025 | Review: 24-02773-JAW Notice of Mortgage Payment Change Document# 26 | 0.10 | $360.00 | $36.00 |
|---|---|---|---|---|---|---|
| Service | TR | 04/25/2025 | Review: Proof of Claim 24-02773-JAW USDA Rural Document # 7 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/29/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/17/2025 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | JC | 07/21/2025 | Reviewed 1st Application, Order, and Invoice filed in case; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 2nd Application for Compensation, Notice, Affidavit, and proposed Order. | 0.30 | $155.00 | $46.50 |
| Service | JC | 07/21/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$946.50** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 01/14/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $30.08 | $30.08 |
| Expense | 07/21/2025 | Mailing Expense - Fee Application: Mailing Expense - 2nd Fee Application Estimate | 1.00 | $39.04 | $39.04 |
| | | | **Expenses Subtotal** | | **$69.12** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 1.3 | $360.00 | $468.00 |
| | Thomas Rollins | Attorney | 0.4 | $360.00 | $144.00 |
| | Brooke Brueland | Non-Attorney | 0.4 | $100.00 | $40.00 |
| | Jacki Curry | Non-Attorney | 1.9 | $155.00 | $294.50 |
| | | | | **Subtotal** | **$1,015.62** |
| | | | | **Total** | **$1,015.62** |

Invoice # 8121 - 07/22/2025

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7432 | 02/12/2025 | $2,502.30 | $0.00 | $2,502.30 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8121 | 08/21/2025 | $1,015.62 | $0.00 | $1,015.62 |

| | |
|---|---|
| **Outstanding Balance** | **$3,517.92** |
| **Total Amount Outstanding** | **$3,517.92** |

7/22/25, 12:42 PM                                                                 Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload?  `9`  pages
     *Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.*

**2**  How many parties will be receiving your documents?  `16`  parties
     *This is another way of asking how many envelopes will we have to stuff?*

**3**  We will print on both sides of the sheet.  `2`
     *We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.*

**4**  We will print your documents 1 page per side.  `1`

**Disclaimer & User Agreement:**

    By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate.  Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |  |
|---|---|---|
|  | 72 |  |
| Date and Time: | Tue Jul 22 2025 12:42:52 GMT-0500 (Central Daylight Time) |  |
| Total Pages to Print: | 144 |  |
| Sheets Per Envelope | 4.5 |  |
| First Class Postage Rate | $ 0.73 |  |
| Print Rate: | $ 0.19 |  |
| Printing Cost: | $ | 27.36 |
| Postage Cost: | $ | 11.68 |
| Total Cost: | $ | 39.04 |

[Print This Estimate]