**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Kiara Nishea Owens                                            Case No. 24-02773-JAW
         , Debtor                                                                    CHAPTER 13

### SECOND ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---:|---:|---:|:---:|:---:|
| $2,485.50 | $16.80 | $2,502.30 | 17 | 02/10/2025 |
| $946.50 | $69.12 | $1,015.62 | n/a | n/a |
| $3,432.00 | $85.92 | $3,517.92 | | |



# INVOICE

Invoice # 7432
Date: 01/13/2025
Due On: 02/12/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Kiara Nishea Owens

## 05546-Owens Kiara Nishea

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | SA | 08/19/2024 | Incoming Call: Telephone conference with debtor to go over documentation needed. Drafted email to debtor with credit counseling course information. | 0.20 | $100.00 | $20.00 |
| Service | BM | 08/20/2024 | Contact Debtor (Text/Email): Texted debtor requesting information to pull credit report | 0.10 | $155.00 | $15.50 |
| Service | SA | 08/20/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting a clearer copy of drivers license and social security card. | 0.10 | $100.00 | $10.00 |
| Service | SA | 08/20/2024 | Review and organize documents provided by debtor: Scanned and uploaded all documents sent to my email to matter. | 0.50 | $100.00 | $50.00 |
| Service | BM | 08/21/2024 | Review email from debtor: Reviewed email from debtor with information to pull credit report | 0.10 | $155.00 | $15.50 |
| Service | BM | 08/21/2024 | Draft email to client to review credit report and provide us with a any debts not included in the report: Reviewed credit report and selected debts to import/exclude; drafted e-mail to debtors attaching credit report for review. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 08/22/2024 | Review and organize documents provided by debtor: Reviewed client documents previously organized by SA - 2022 tax, GIP, and February pay were | 0.30 | $100.00 | $30.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | missing from file; reviewed SA's email to confirm documents were not submitted - retrieved 2022 tax from SA's emails and organized in file | | | |
| Service | KAR | 08/22/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting GIP and February pay stubs | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/22/2024 | Reviewed debtor's credit report for student loans - debtor does not have any student loans | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/22/2024 | Incoming Call: Telephone conference with debtor to discuss the documents I requested for her to submit; debtor stated she would try to submit the documents tomorrow 08-23 | 0.10 | $100.00 | $10.00 |
| Service | KAR | 08/26/2024 | Review and organize documents provided by debtor: Reviewed and organized GIP provided by debtor via email | 0.30 | $100.00 | $30.00 |
| Service | KAR | 08/26/2024 | Review email from debtor: Reviewed email from debtor stating that she no longer has access to her February pay stubs; drafted email to debtor informing her that since the month is almost over we will just proceed with her March through August pay | 0.10 | $100.00 | $10.00 |
| Service | BM | 08/27/2024 | Reviewed documents provided by debtor: Information packet, pay stubs, tax returns, bank statements. Provided list of documents we still need to legal assistant. | 0.30 | $155.00 | $46.50 |
| Service | KAR | 08/29/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine documents still needed to file; drafted email to debtor requesting additional GIP information, bank and pay | 0.30 | $100.00 | $30.00 |
| Service | KAR | 08/29/2024 | Review email from debtor: Reviewed email from debtor inquiring on why we are asking for her husband's information if he is not filing; drafted email to debtor informing her that since she is married the courts typically require the spouses income information | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/04/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what document are | 0.20 | $100.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | needed to file - updated list of documents needed; drafted email to debtor requesting additional GIP information, bank, and pay | | | |
| Service | KAR | 09/10/2024 | Review and organize documents provided by debtor: Reviewed and organized additional GIP information, bank, and pay provided by debtor via email | 0.50 | $100.00 | $50.00 |
| Service | KAR | 09/10/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what document are needed to file; drafted email to debtor requesting additional GIP information and pay | 0.20 | $100.00 | $20.00 |
| Service | KAR | 09/10/2024 | Review and organize documents provided by debtor: Reviewed and organized NFS pay provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/10/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting August pay for NFS | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/11/2024 | Review and organize documents provided by debtor: Reviewed and organized additional GIP information and pay provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/11/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents were still needed for file; drafted email to debtor requesting additional GIP information and pay | 0.20 | $100.00 | $20.00 |
| Service | KAR | 09/11/2024 | Review email from debtor: Reviewed email from debtor stating that she does not have any of the remaining information requested; drafted email to debtor informing her that we have to have the requested information and suggested that she contact the creditors or review her old bills for the information | 0.20 | $100.00 | $20.00 |
| Service | KAR | 09/12/2024 | Review email from debtor: Reviewed and organized additional GIP information and a pay stub for her husband; drafted email to debtor informing her that the copy of the pay stub she emailed was not gig enough and was unclear when the image was made larger - requested | 0.20 | $100.00 | $20.00 |

|  |  |  | that she send a clear image of the remaining bay stubs. |  |  |  |
|---|---|---|---|---|---|---|
| Service | KAR | 09/13/2024 | Review and organize documents provided by debtor: Reviewed and organized additional pay provided by debtor via email; drafted email to debtor requesting remaining pay | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/13/2024 | Review and organize documents provided by debtor: Reviewed and organized remaining pay provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | BM | 09/16/2024 | Reviewed file to determine if we have all documents needed for attorney review, pay stubs and bank statements still needed. Sent list to legal assistant. | 0.20 | $155.00 | $31.00 |
| Service | KAR | 09/23/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine documents needed to file; drafted email to debtor requesting additional bank and pay | 0.20 | $100.00 | $20.00 |
| Service | KAR | 09/23/2024 | Review and organize documents provided by debtor: Reviewed and organized additional bank and pay provided by debtor via email | 0.30 | $100.00 | $30.00 |
| Service | BM | 09/25/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from credit report, add debts in information packet not on credit report. Began preparation of Schedule A/B, SOFA, Form 122, Schedule I/J | 0.60 | $155.00 | $93.00 |
| Service | JAC | 09/26/2024 | review GIP to determine if missing info is present, send task back to bm to get missing info before sending input task to me | 0.10 | $360.00 | $36.00 |
| Service | BM | 09/26/2024 | Contact Debtor (Text/Email): Drafted email to debtor requested more information on the jewelry and firearms she owns. | 0.10 | $155.00 | $15.50 |
| Service | VM | 09/26/2024 | Contact Debtor (Text/Email): Drafted email to debtor sending them the matrix to confirm their creditors. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/26/2024 | Reviewed debtor's related contacts to confirm emergency contacts were listed - emergency contacts have been listed in related contacts | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BM | 10/01/2024 | Contact Debtor (Text/Email): Drafted text to debtor requested itemized list of jewelry and firearms. | 0.10 | $155.00 | $15.50 |
| Service | BM | 10/02/2024 | Updated Schedule B with information on debtor's jewelry and firearm. | 0.10 | $155.00 | $15.50 |
| Service | BM | 10/03/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting September paystubs | 0.10 | $155.00 | $15.50 |
| Service | KAR | 10/10/2024 | Review and organize documents provided by debtor: Reviewed and organized H's September pay and W's first October pay provided by debtor via email | 0.20 | $100.00 | $20.00 |
| Service | KAR | 10/10/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents are needed to file; drafted email to debtor requesting W's September pay and all September bank | 0.20 | $100.00 | $20.00 |
| Service | KAR | 10/10/2024 | Contact Debtor (Text/Email): Drafted text to debtor to inform her that her documents were received | 0.10 | $100.00 | $10.00 |
| Service | JAC | 10/11/2024 | Input Case - review & revise petition, schedules drafted by BM. Calculate income for MT. Prepare I/J, calculate MT | 0.50 | $360.00 | $180.00 |
| Service | KAR | 10/15/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents are needed to file; drafted email to debtor requesting additional information regarding her taxes and on any debts her husband may have | 0.20 | $100.00 | $20.00 |
| Service | KAR | 10/16/2024 | Review email from debtor: Reviewed email from debtor stating she did not know if she still owes on her taxes and that she previously sent information regarding this - debtor also inquired on why it was necessary for us to collect information on her husband's debt as he is not filing for BK with her | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/16/2024 | Reviewed memo chat from BM stating that occasionally the attorneys will request debt information for the NFS to help with the debtor's case | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/16/2024 | Contact Debtor (Text/Email): Drafted | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email to debtor informing her that I did not have any documentation on her tax debt and requested she provide me with that information - informed debtor on why we requested her husband's debt information | | | |
| Service | KAR | 10/17/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting tax and debt information | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/24/2024 | Review and organize documents provided by debtor: Reviewed and organized additional debt information provided by debtor via email | 0.20 | $100.00 | $20.00 |
| Service | KAR | 10/24/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting additional debt information as well as any statements she has showing the minimum monthly payment for those accounts | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/25/2024 | Review email from debtor: Reviewed email from debtor providing the first page of a judgment for Shelter insurance as well as a bill from BlueCross BlueShield; drafted email to debtor requesting monthly statements or bills for the previous debts she recently submitted - informed her we needed to be able to verify the monthly minimum payments | 0.30 | $100.00 | $30.00 |
| Service | KAR | 10/28/2024 | Review email from debtor: Reviewed email from debtor stating that it would be hard to find statements for her husband's debts and asked if it was necessary since they have only been married since April; drafted email to debtor informing her that we requested the husband's debts to help get her a better plan due to his income being very high | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/30/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting an update on whether she was able to obtain more information regarding her husband's debts | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/30/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents are needed to file; drafted email to debtor requesting October bank and pay | 0.20 | $100.00 | $20.00 |
| Service | KAR | 11/04/2024 | Contact Debtor (Text/Email): Drafted | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email to debtor requesting update on her husband's expenses and debts | | | |
| Service | KAR | 11/04/2024 | Review email from debtor: Reviewed email from debtor stating that she emailed all of the information that her husband provided her with | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/04/2024 | Incoming Call: Telephone conference with debtor stated she did not want to include her husband in the bk and asked if getting his information was holding up her case; I again reiterated to the debtor that we requested his expense information to assist her with getting a better plan; debtor stated that she still does not want to include him and is fine with proceeding without using her husband's expenses | 0.20 | $100.00 | $20.00 |
| Service | KAR | 11/04/2024 | Review and organize documents provided by debtor: Reviewed and organized additional bank and pay provided by debtor via email | 0.30 | $100.00 | $30.00 |
| Service | JAC | 11/08/2024 | Add NFS child support pmt to J & MT. Add Oct pay to MT. Calculate plan pmts with SL included & with them paid direct | 0.30 | $360.00 | $108.00 |
| Service | JAC | 11/08/2024 | Draft email to debtor with bankruptcy options | 0.20 | $360.00 | $72.00 |
| Service | JC | 11/08/2024 | Reviewed e-mail from debtor inquiring about debts listed in her filing options; reviewed matrix in BC; drafted reply informing option one includes creditors listed on matrix except mortgage and option two is all but mortgage and SLs. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/12/2024 | Reviewed e-mail from debtor informing she has been ready to file but doesn't like the options I gave her; inquired if the attorney would have other options; drafted reply informing the options sent were from the attorney but that they can discuss possible changes during her signing meeting; requested she let me know if she would like to schedule a signing appointment. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/14/2024 | Contact Debtor (Text/Email): Reviewed e-mail memo from JAC regarding debtor's fining option; rafted e-mail to debtor inquiring if she wants the filing option with student loans or without. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/14/2024 | Incoming Call: Telephone call from | 0.40 | $155.00 | $62.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor inquiring again what her options are; explained her options with SL and without; she asked about a 3-year plan; informed her I would have to check with the attorney; she asked if she was ever going to meet with the attorney - explained signing appointment; informed we could set up an appointment before the signing, but it will be charged for the appointment; she inquired about the legal assistants' work on her case; discussed how we receive and process information; drafted memo to JAC inquiring about 3-year option. | | | |
| Service | JAC | 11/18/2024 | review email from JC re: Δ wanting 3 year option. Open file in best case, review means test. Δ is above median, ineligible for 3 year pmt. Emailed JC same. | 0.20 | $360.00 | $72.00 |
| Service | JC | 11/18/2024 | Call Debtor: Reviewed memo from JAC informing debtor is above median, so she can not do a 3 year plan payment, that she has to do the 5 year option; called debtor to inform that she makes too much money to have a 3-year plan; she inquired if that included her husband's income because he is not filing; explained his income is included as he resides in the home; she asked several questions about total amount of debts, etc,; discussed that the attorney can better answer her questions; she asked if her appointment with the attorney has been scheduled yet; informed I was waiting for her decision on filing before we scheduled; informed her that someone will call to schedule her appointment; called debtor back inquiring if she wants to include student loans - she does not. | 0.30 | $155.00 | $46.50 |
| Service | BM | 11/18/2024 | Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/18/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor requesting the items and prices of everything listed in the plan option; drafted reply informing the attorney will need to go over that with her. | 0.10 | $155.00 | $15.50 |
| Service | BB | 11/22/2024 | Contact Debtor (Text/Email): Attempted | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | phone conference with debtor resulting in leaving a voicemail, drafted text, and emailed debtor informing her that we must have the fee agreement signed soon to file by the end of this month. Informed the debtor that if she delays then we will have to file her next month and will also require up to date documents. | | | |
| Service | KAR | 11/22/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents are needed to file; drafted email to debtor requesting remaining October bank and all November bank and pay | 0.20 | $100.00 | $20.00 |
| Service | JAC | 11/25/2024 | Prepare Signing Docs | 0.20 | $360.00 | $72.00 |
| Service | JAC | 11/25/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | JAC | 11/25/2024 | Send Debtor(s) text with the case number | 0.10 | $360.00 | $36.00 |
| Service | BB | 11/26/2024 | Contact Debtor (Text/Email): Reviewed plan to determine plan payment; drafted email to debtor informing them of their plan payment and information on what to do/expect after filing. Drafted email to debtor informing them of their case number and sending them a yellow page. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/26/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay.  Assigned task list. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/27/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | TR | 11/28/2024 | Review: 24-02773-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/02/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 12/02/2024 | Review: Proof of Claim 24-02773-JAW Cavalry SPV I, LLC Document # 1 | 0.10 | $360.00 | $36.00 |
| Service | JC | 12/02/2024 | Reviewed Notice of Filing and Plan; | 0.10 | $155.00 | $15.50 |

|         |     |            |                                                                                                                                                                                                                                             |      |          |          |
|---------|-----|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|----------|
|         |     |            | combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com.                                                                                                                          |      |          |          |
| Service | BB  | 12/02/2024 | Review and organize documents provided by debtor: Reviewed schedules and statements for sources of income and financial accounts. Reviewed and organized all bank statements, taxes, ID, and pay into Trustee documents file. Reviewed and organized Trustee documents into the Trustee website | 0.50 | $100.00  | $50.00   |
| Service | JC  | 12/03/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court.                                                                                                               | 0.10 | $155.00  | $15.50   |
| Service | JC  | 12/03/2024 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court.                                                                                                                              | 0.10 | $155.00  | $15.50   |
| Service | BB  | 12/03/2024 | Review and respond to email memo: Reviewed email from Trustee's office to TC forwarded to me stating the bank statements would not save in their system. Gathered the bank statements and resubmitted them individually.                    | 0.10 | $100.00  | $10.00   |
| Service | JAC | 12/04/2024 | Review: Proof of Claim 24-02773-JAW Discover Bank Document # 3                                                                                                                                                                              | 0.10 | $360.00  | $36.00   |
| Service | BB  | 12/17/2024 | Review email from debtor: Reviewed email from debtor with copy of a credit course certificate. Reviewed and organized.                                                                                                                      | 0.10 | $100.00  | $10.00   |
| Service | BB  | 12/17/2024 | Review email from debtor: Reviewed email from debtor stating her wage order has started.                                                                                                                                                    | 0.10 | $100.00  | $10.00   |
| Service | JAC | 12/23/2024 | Review: Proof of Claim 24-02773-JAW US Department of Education/MOHELA Document # 4                                                                                                                                                          | 0.10 | $360.00  | $36.00   |
| Service | BB  | 01/09/2025 | Incoming Call: Phone conference with debtor stating she would like to attend her meeting of creditors through zoom and inquired what to expect. Answered all questions the debtor had about the process.                                    | 0.10 | $100.00  | $10.00   |
| Service | TR  | 01/13/2025 | Review and revise itemizations                                                                                                                                                                                                              | 0.30 | $360.00  | $108.00  |
| Service | BB  | 01/13/2025 | Contact Debtor (Text/Email): Reviewed best case for debtors Trustee for the link for their meeting of creditors. Drafted                                                                                                                    | 0.10 | $100.00  | $10.00   |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | courtesy reminder text with the meeting information for their meeting of creditors zoom for tomorrow. |  |  |  |
| **Non-billable services** | | | | | | |
| Service | BM | 09/24/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers license, and social security card) to ensure we have all documents for attorney to prepare case. Sent file to attorney. | 0.20 | $155.00 | $31.00 |
| Service | BM | 10/01/2024 | Reviewed file to determine what September documents are needed. | 0.10 | $155.00 | $15.50 |
| Service | BM | 10/09/2024 | Reviewed text from debtor stating she already submitted September documents, determined we haven't received them. Requested them again. | 0.10 | $155.00 | $15.50 |
| Service | BM | 10/10/2024 | Review and organize documents provided by debtor: September pay stubs and bank statements | 0.10 | $155.00 | $15.50 |
| Service | BB | 10/10/2024 | Call Debtor: Reviewed voicemail from debtor inquiring if her documents were received and requested a call back. Forwarded voicemail to kar. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/10/2024 | Reviewed voicemail from debtor requesting that we contact her to confirm that her documents were received | 0.10 | $100.00 | $10.00 |
| Service | BM | 11/04/2024 | Incoming Call: Call from debtor requesting to speak with Kirsten, transferred call. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 11/11/2024 | scan & upload Document: 5546 - Initial - jens notes.pdf | 0.10 | $360.00 | $36.00 |
| Service | JC | 11/12/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring if she can speak with the attorney in person; drafted reply explaining signing appointment. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/13/2024 | Reviewed e-mail from debtor informing she would like to schedule her signing appointment; drafted reply regarding same. | 0.10 | $155.00 | $15.50 |
| Service | BB | 11/14/2024 | Incoming Call: Phone conference with debtor asking to speak with jc. Transferred call to jc. | 0.10 | $100.00 | $10.00 |
| Service | BM | 11/19/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if they had any | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | questions in regards to the Ch 13 fee agreement that was emailed yesterday. | | | |
| Service | BM | 11/21/2024 | Contact Debtor (Text/Email): Drafted third follow up text message to inquire if debtor has any questions or concerns in regards to the Ch 13 Fee Agreement that was emailed 11/18/24 | 0.10 | $155.00 | $15.50 |
| Service | JAC | 11/22/2024 | Review clio memo re: signing appointment scheduled | 0.10 | $360.00 | $36.00 |
| Service | SA | 11/25/2024 | In-Office Conference: Assisted with signing appointment | 0.50 | $100.00 | $50.00 |
| Service | SA | 11/25/2024 | Administrative - non-billable work: Scanned and sent signing docs to JAC | 0.10 | $100.00 | $10.00 |
| Service | SA | 11/25/2024 | Administrative - non-billable work: Changed Bucket to "Filed" in Lawmatics | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/25/2024 | Update Contact to match docket text | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/02/2024 | Review: Proof of Claim 24-02773-JAW Members Exchange CU Document # 2 | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/02/2024 | Review: 24-02773-JAW Order Upon Employer Directing Deductions from Pay Document# 12 | 0.10 | $360.00 | $36.00 |
| Service | BB | 12/02/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring after clarification on how they would like to attend their meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | BB | 12/03/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating they would like to attend their meeting of creditors in our office. Schedule to our calendar. | 0.10 | $100.00 | $10.00 |
| Service | BB | 12/17/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if their wages have started garnishing for their payments. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/03/2025 | Reviewed NDC website and confirmed the Trustee is receiving the wage order payments. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/09/2025 | Call Debtor: Reviewed email from debtor requesting a phone call. Attempted phone conference with debtor which resulted in leaving a voicemail. Drafted email to debtor informing her of the call. | 0.10 | $100.00 | $10.00 |
| | | | | **Services Subtotal** | | **$2,485.50** |

Invoice # 7432 - 01/13/2025

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/02/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $16.80 | $16.80 |
| | | | | **Expenses Subtotal** | **$16.80** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 2.5 | $360.00 | $900.00 |
| Thomas Rollins | Attorney | 0.4 | $360.00 | $144.00 |
| Shaton Andrews | Non-Attorney | 0.8 | $100.00 | $80.00 |
| Brooke Brueland | Non-Attorney | 1.4 | $100.00 | $140.00 |
| Jacki Curry | Non-Attorney | 1.4 | $155.00 | $217.00 |
| Vanessa Martinez | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Breanne McDaniel | Non-Attorney | 1.9 | $155.00 | $294.50 |
| Kirsten Raimey | Non-Attorney | 7.0 | $100.00 | $700.00 |
| | | | **Subtotal** | **$2,502.30** |
| | | | **Total** | **$2,502.30** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7432 | 02/12/2025 | $2,502.30 | $0.00 | $2,502.30 |
| | | | **Outstanding Balance** | **$2,502.30** |
| | | | **Total Amount Outstanding** | **$2,502.30** |