| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Kiara Nishea Owens |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Mississippi (State) |
| Case number | 24-02773 |

Official Form 410S1

# Notice of Mortgage Payment Change   12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service - CSC

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 7 5 1 1

**Date of payment change:** Must be at least 21 days after date of this notice: 05/01/2026

**New total payment:** Principal, interest, and escrow, if any: $ 1,101.13
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 365.56    New escrow payment: $ 342.54

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Annual HELOC Notice

3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?

   ☑ No
   ☐ Yes.

   Current HELOC payment:    $_____

   Reconciliation amount:    + $_____ or
                             - $_____

Debtor 1  Kiara Nishea Owens
First Name    Middle Name    Last Name

Case number (*if known*) 24-02773

| | |
|---|---|
| Amount of next payment (including reconciliation amount) | $_____ |
| Amount of the new payment thereafter (without reconciliation amount) | $_____ |

## Part 4: Other Payment Change

4. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ____    _____

Current mortgage payment: $ 1,124.15    New mortgage payment: $ 1,101.13

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Vanessa McDonald
Signature

Date 03/12/2026

Print: Vanessa           McDonald
First Name  Middle Name  Last Name

Title: `Bankruptcy Specialist

Company: USDA - Rural Housing Sevice - CSC

Address: PO Box 66879
Number    Street
St Louis         MO    63166
City         State  ZIP Code

Contact phone ( 800 ) 349 – 5097

Email: sm.rd.so.bkr@usda.gov

# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi
### PAYMENT CHANGE SUMMARY

**Completed By:** Vanessa McDonald  
03/12/2026  
(Date)

**Debtor(s) & Address:** Kiara Nishea Owens  
233 Old Highway 80 W  
Morton, MS 39117

**Case No.** 24-02773  
**Claim No.** 7  
**USDA Acct No.** 7 5 1 1

**Attorney & Address:** Thomas Carl Rollins, Jr  
The Rollins Law Firm, PLLC  
PO BOX 13767  
Jackson, MS 39236

**Trustee & Address:** Torri Parker Martin, Chapter 13 Bankruptcy Trustee  
200 North Congress Street, Ste. 400  
Jackson, MS 39201

**Effective** 05 01 2026, the monthly ongoing payment is changing due to:

No ☐   Yes ✓   **ESCROW:**  
No ✓   Yes ☐   **OTHER:**

## PAYMENT CALCULATION

| | Current Payment | | New Payment |
|---|---|---|---|
| Principal & Interest | 758.59 | Principal & Interest | 758.59 |
| Less Subsidy | | Less Subsidy | |
| Total P&I Payment | 758.59 | Total P&I Payment | 758.59 |
| | | | |
| Escrow | 365.56 | Escrow | 342.54 |
| Escrow shortage | | Escrow shortage | |
| Total Escrow | 365.56 | Total Escrow | 342.54 |
| | | | |
| Fees | | Fees | |
| | | | |
| Total Payment | 1,124.15 | Total Payment | 1,101.13 |

Southern District of Mississippi          Case No.   24-02773
                                          Claim No.  7

# CERTIFICATE OF SERVICE

I, Vanessa McDonald, do hereby certify that on 03/12/2026, I served copies of the Notice of Mortgage Payment Change, to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

**By U.S. Mail, postage prepaid:**

**Debtor(s)**

Kiara Nishea Owens
233 Old Highway 80 W
Morton, MS 39117

**Via CM/ECF:**

**Debtor's Attorney of Record:**

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Chapter 13 Trustee:**

Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201

Date: 03/12/2026

/s/ Vanessa McDonald
_____
Vanessa McDonald
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext.

```
E
USDA RURAL DEVELOPMENT            -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS              MO 63102

800-414-1226



KIARA OWENS                                YOUR LOAN NUMBER:
233 OLD HWY 80 W
MORTON                 MS 39117

                                           DATE: 03/10/26


       *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 05/01/26 THROUGH 04/30/27.
------- ANTICIPATED PAYMENTS FROM ESCROW - 05/01/26 THROUGH 04/30/27 -------
                  INSURANCE                  1686.96
                  COUNTY TAX                 2423.56

            TOTAL PAYMENTS FROM ESCROW       4110.52

            MONTHLY PAYMENT TO ESCROW         342.54 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY - 05/01/26 THROUGH 04/30/27--------
         -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW   FROM ESCROW   DESCRIPTION     ANTICIPATED       REQUIRED
                    ACTUAL  STARTING BALANCE         1027.66         1027.66
MAY 26    342.54                                     1370.20         1370.20
JUN 26    342.54                                     1712.74         1712.74
JUL 26    342.54                                     2055.28         2055.28
AUG 26    342.54                                     2397.82         2397.82
SEP 26    342.54                                     2740.36         2740.36
OCT 26    342.54                                     3082.90         3082.90
NOV 26    342.54                                     3425.44         3425.44
DEC 26    342.54                                     3767.98         3767.98
JAN 27    342.54       2423.56    COUNTY TAX         1686.96         1686.96
FEB 27    342.54                                     2029.50         2029.50
MAR 27    342.54       1686.96    INSURANCE    ALP    685.08   RLP    685.08
APR 27    342.54                                     1027.62         1027.62

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS        0.00.
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
```

```
WILL BE COLLECTED FOR A PERIOD OF 00 MONTHS FROM MAY 01, 2026.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS           0.00.
DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE
SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO
FUTURE PAYMENTS.


------------------- CALCULATION OF YOUR NEW PAYMENT AMOUNT -------------------
           PRINCIPAL & INTEREST                             758.59
           ESCROW (1/12TH OF ANNUAL ANTICIPATED             342.54
              DISBURSEMENTS AS COMPUTED ABOVE)
           PLUS: OPTIONAL INSURANCE PREMIUMS                  0.00
           PLUS: REPLACEMENT RESERVE OR FHA SVC CHG           0.00
           PLUS: SHORTAGE PAYMENT                             0.00
           MINUS: SURPLUS CREDIT                              0.00
           ROUNDING ADJUSTMENT                                0.00
           MINUS: BUYDOWN/ASSISTANCE PAYMENTS                 0.00


BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 05/01/26     1101.13
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS     685.08.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS         685.08.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
08/25         365.56        09/25         365.56      10/25      2558.92    *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
03/26     1686.96 INSURANCE                 00/00        0.00
00/00        0.00                           00/00        0.00
```

```
E
USDA RURAL DEVELOPMENT            -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS                MO 63102

800-414-1226



KIARA OWENS                        YOUR LOAN NUMBER:
233 OLD HWY 80 W
MORTON               MS 39117

                                   DATE: 03/10/26


* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING MAY 01, 2025 AND ENDING APR 30,
2026. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE,
OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

            --- YOUR PAYMENT BREAKDOWN AS OF MAY 01, 2025 IS ---

                    PRINCIPAL & INTEREST           758.59
                    ESCROW DEPOSIT                 365.56
                    OPTIONAL INSURANCE               0.00
                    REPLACE RESV/FHA SVC CHG         0.00
                    SHORTAGE                         0.00
                    DEFICIENCY                       0.00
                    SURPLUS                          0.00
                    ROUNDING                         0.00
                    LESS BUYDOWN/ASST PAYMENT        0.00
                    BORROWER PAYMENT              1124.15

        PAYMENTS TO ESCROW   --- PAYMENTS FROM ESCROW ----  -- ESCROW BALANCE --
MONTH    PRIOR PRJ   ACTUAL   PRIOR PRJ   ACTUAL DESCRIPTION   PRIOR PRJ    ACTUAL
FEB 25      0.00     18.02
                  -2282.31                                       0.00      4239.90
MAR 25      0.00     24.54              1515.00   INSURA
                                        2479.08   COUNTY         0.00       270.36
APR 25      0.00                                                 0.00       270.36
                              STARTING BALANCE                 1096.71      270.36
MAY 25    365.56    310.89
MAY 25            -310.89
MAY 25             310.89
MAY 25             310.89
MAY 25             310.89
MAY 25             310.89
MAY 25             365.56*                                     1462.27     1879.48
JUN 25    365.56        *                                      1827.83     1879.48
```

```
JUL 25      365.56         *             47.15* CITY T   2193.39       1832.33
AUG 25      365.56         *                             2558.95       1832.33
SEP 25      365.56     365.56                            2924.51       2197.89
OCT 25      365.56         *                             3290.07       2197.89
NOV 25      365.56     365.56                            3655.63       2563.45
DEC 25      365.56         *                             4021.19       2563.45
JAN 26      365.56         *     2871.75   2423.56* COUNTY  1515.00      139.89
FEB 26      365.56         *                             1880.56        139.89
MAR 26      365.56    -715.31*   1515.00        **        731.12 T    -575.42 A
APR 26      365.56        **                             1096.68       -575.42
TOTALS                -614.82              6464.79
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS      731.12. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
    -575.42.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
01/25        310.89        02/25        310.89        03/25        310.89
```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
03/25     1515.00 INSURANCE                 01/25     2871.75 COUNTY TAX
00/00        0.00                           00/00        0.00
00/00        0.00                           00/00        0.00
```