United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 24-02773-JAW

Kiara Nishea Owens                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                              User: mssbad                                    Page 1 of 1

Date Rcvd: May 26, 2026                      Form ID: pdf012                         Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol          Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

**Recip ID              Recipient Name and Address**
db                          +  Kiara Nishea Owens, 233 Old Highway 80 W, Morton, MS 39117-3018
                            +  MS Dept. of Corrections, ATTN: Payroll Dept, 301 N. Lamar St., Jackson, MS 39201-1404

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Thomas Carl Rollins, Jr
     on behalf of Debtor Kiara Nishea Owens trollins@therollinsfirm.com
     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
     tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
     USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

IN THE MATTER OF:                                                      CASE NO.: 24-02773- JAW
KIARA NISHEA OWENS
SS#:  XXX-XX-1400

**\*\*\*\*  AMENDED  \*\*\*\***
### ORDER UPON EMPLOYER DIRECTING DEDUCTIONS FROM PAY

**IT APPEARING TO THE COURT that there is now pending a certain Chapter 13 Proceeding in which the above-named DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary of commissions; and that the employer of the said **DEBTOR** is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR** {with the employer being directed to pay all or any part of such income to the **TRUSTEE.**
Bankruptcy Reform Act of 1978, Title 11, Section 1325 (c)}.

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the employer is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors and that such employer is:

MS DEPT. OF CORRECTIONS
ATTN: PAYROLL DEPT
301 N.  LAMAR ST.
JACKSON, MS 39201-0000

**IT IS ORDERED** that until further notice of this Court, the above-named employer is required to deduct from the **DEBTOR's** earnings and pay over to:

| **REMITTANCE BY CHECK** | | **REMITTANCE BY ELECTRONIC PAYMENT** |
|---|---|---|
| Torri Parker Martin | | TFS Employer Pay |
| Standing Chapter 13 Trustee | | **https://www.tfsbillpay.com/employer** |
| P.O. Box 2033 | **OR** | TFS Bill Pay: 1-888-800-0294 |
| Memphis, TN 38101-2033 | | |

The sum of $923.00 SEMIMONTH.

**FURTHER ORDERED,** that the Employer shall, as of this date, cease and discontinue to pay deductions, including credit unions, of every kind except those required to be made for State or Federal Income Taxes, Insurance, Social Security contributions or union dues.

##END OF ORDER##